PODCASTONE SALES LLC
335 N MAPLE DR STE 127
BEVERLY HILLS CA 90210

A830-9258
ORG1:300 Sales NY
EE ID: 61          DD

*Payrolls by Paychex, Inc.*

CINZIA CLEMENTI
64-15 181ST ST
FRESH MEADOWS NY 11365

NON NEGOTIABLE

NON NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cinzia Clementi
64-15 181st St
Fresh Meadows, NY 11365
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 61

**Home Department:** 300 Sales NY

**Pay Period:** 05/01/18 to 05/15/18
**Check Date:** 05/15/18    **Check #:** 20170
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6104 | 1438.23 | 13354.44 |
| **NET PAY** | **1438.23** | **13354.44** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2187.50 | | 19062.48 |
| | Bonus | | | | | 1000.00 |
| | Retro Pay | | | | | 86.58 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2187.50 | | 20149.06 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 116.58 | 1077.87 |
| | Medicare | | 27.26 | 252.08 |
| | Fed Income Tax | S 2 | 157.71 | 1443.63 |
| | NY Income Tax | S 2 | 81.21 | 723.55 |
| | NY Disability | | 1.30 | 13.00 |
| | NY Disability PFL | | 2.76 | 25.37 |
| | NY NYC Inc | S 2 | 55.33 | 495.04 |
| | **TOTAL** | | 442.15 | 4030.54 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | POP EE Pretax | 307.12 | 2764.08 |
| | **TOTAL** | 307.12 | 2764.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1438.23** | **13354.44** |

*Payrolls by Paychex, Inc.*

0083 A830-9258 Podcastone Sales LLC • 335 N Maple Dr Ste 127 • Beverly Hills CA 90210 • (310) 858-0888

PODCASTONE SALES LLC
335 N MAPLE DR STE 127
BEVERLY HILLS CA 90210

A830-9258
ORG1:300 Sales NY
EE ID: 61        DD

*Payrolls by Paychex, Inc.*

NON NEGOTIABLE

CINZIA CLEMENTI
64-15 181ST ST
FRESH MEADOWS NY 11365

NON NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cinzia Clementi
64-15 181st St
Fresh Meadows, NY 11365
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 61

**Home Department:** 300 Sales NY

**Pay Period:** 05/16/18 **to** 05/31/18
**Check Date:** 05/31/18    **Check #:** 20209
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6104 | 754.50 | 14108.94 |
| **NET PAY** | **754.50** | **14108.94** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1211.52 | | 20274.00 |
| | Bonus | | | | | 1000.00 |
| | Retro Pay | | | | | 86.58 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1211.52 | | 21360.58 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 56.07 | 1133.94 |
| | Medicare | | 13.12 | 265.20 |
| | Fed Income Tax | S 2 | 40.59 | 1484.22 |
| | NY Income Tax | S 2 | 21.49 | 745.04 |
| | NY Disability PFL | | 1.53 | 26.90 |
| | NY Disability | | 1.30 | 14.30 |
| | NY NYC Inc | S 2 | 15.80 | 510.84 |
| | **TOTAL** | | 149.90 | 4180.44 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | POP EE Pretax | 307.12 | 3071.20 |
| | **TOTAL** | 307.12 | 3071.20 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **754.50** | **14108.94** |

*Payrolls by Paychex, Inc.*

0083 A830-9258  Podcastone Sales LLC • 335 N Maple Dr Ste 127 • Beverly Hills CA 90210 • (310) 858-0888

PODCASTONE SALES LLC
335 N MAPLE DR STE 127
BEVERLY HILLS CA 90210

A830-9258
ORG1:300 Sales NY
EE ID: 61            DD

Payrolls by Paychex, Inc.

CINZIA CLEMENTI
64-15 181ST ST
FRESH MEADOWS NY 11365

NON NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cinzia Clementi
64-15 181st St
Fresh Meadows, NY 11365
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 61

**Home Department:** 300 Sales NY

**Pay Period:** 04/16/18 to 04/30/18
**Check Date:** 04/30/18    **Check #:** 20129
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6104 | 1438.21 | 11916.21 |
| **NET PAY** | **1438.21** | **11916.21** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2187.50 | | 16874.98 |
| | Bonus | | | | | 1000.00 |
| | Retro Pay | | | | | 86.58 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2187.50 | | 17961.56 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 116.59 | 961.29 |
| | Medicare | | 27.27 | 224.82 |
| | Fed Income Tax | S 2 | 157.71 | 1285.92 |
| | NY Income Tax | S 2 | 81.21 | 642.34 |
| | NY Disability PFL | | 2.76 | 22.61 |
| | NY Disability | | 1.30 | 11.70 |
| | NY NYC Inc | S 2 | 55.33 | 439.71 |
| | **TOTAL** | | 442.17 | 3588.39 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | POP EE Pretax | 307.12 | 2456.96 |
| | **TOTAL** | 307.12 | 2456.96 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **1438.21** | **11916.21** |

Payrolls by Paychex, Inc.

0083 A830-9258 Podcastone Sales LLC • 335 N Maple Dr Ste 127 • Beverly Hills CA 90210 • (310) 858-0888

PODCASTONE SALES LLC
335 N MAPLE DR STE 127
BEVERLY HILLS CA  90210

A830-9258
ORG1:300 Sales NY
EE ID: 61          DD

CINZIA CLEMENTI
64-15 181ST ST
FRESH MEADOWS NY  11365

NON NEGOTIABLE

NON NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Cinzia Clementi
64-15 181st St
Fresh Meadows, NY  11365
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 61

**Home Department:** 300 Sales NY

**Pay Period:** 04/01/18 to 04/15/18
**Check Date:** 04/13/18    **Check #:** 20090

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6104 | 1498.61 | 10478.00 |
| **NET PAY** | **1498.61** | **10478.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2187.50 | | 14687.48 |
| | Bonus | | | | | 1000.00 |
| | Retro Pay | | | 86.58 | | 86.58 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2274.08 | | 15774.06 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 121.95 | | 844.70 |
| | Medicare | | | 28.52 | | 197.55 |
| | Fed Income Tax | S 2 | | 168.10 | | 1128.21 |
| | NY Income Tax | S 2 | | 86.69 | | 561.13 |
| | NY Disability PFL | | | 2.87 | | 19.85 |
| | NY Disability | | | 1.30 | | 10.40 |
| | NY NYC Inc | S 2 | | 58.92 | | 384.38 |
| | **TOTAL** | | | 468.35 | | 3146.22 |

| DEDUCTIONS | DESCRIPTION | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | POP EE Pretax | | 307.12 | 2149.84 |
| | **TOTAL** | | 307.12 | 2149.84 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1498.61** | **10478.00** |

*Payrolls by Paychex, Inc.*

0083 A830-9258  Podcastone Sales LLC • 335 N Maple Dr Ste 127 • Beverly Hills CA  90210 • (310) 858-0888