```
                           United States Bankruptcy Court
                            Eastern District of New York
In re:                                                              Case No. 18-43928-cec
Cinzia Clementi                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1           User: cteutonic             Page 1 of 1          Date Rcvd: Dec 28, 2018
                               Form ID: pdf000             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.
db             +Cinzia Clementi,    6415 181st St,    Freash Meadows, NY 11365-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:
          Kevin   Zazzera    on behalf of Debtor Cinzia   Clementi kzazz007@yahoo.com
          Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
          Richard J. McCord    rmccord@cbah.com,
           afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com
                                                                                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                              Case No.  18-43928-CEC

 Cinzia Clementi,                                                           Chapter 7
                                    Debtor(s).
-----------------------------------------------------------x

## ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT
## BE CLOSED WITHOUT ENTRY OF A DISCHARGE

**WHEREAS**, on July 6, 2018, the above-captioned debtor(s) (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

**WHEREAS**, Section 727(a)(11) of the Bankruptcy Code and Bankruptcy Rule 1007(b)(7) provide that the debtor may be denied a discharge if, after filing the petition, the debtor does not complete a course in personal financial management and file with the Court a certificate showing that the debtor completed such a course (the "Financial Management Certificate"); and

**WHEREAS**, Bankruptcy Rule 1007(c) provides that the Financial Management Certificate must be filed within sixty days after the first date set for the meeting of creditors, unless the debtor requests an extension of the sixty day period, and the Court finds justification for extending the period for filing; and

**WHEREAS**, the first date set for the meeting of creditors was August 8, 2018, and the Financial Management Certificate was due on October 9, 2018; and

**WHEREAS**, a Notice of No Financial Management Certificate was served on the Debtor and the Debtor's counsel;

**WHEREAS**, the Debtor has not filed the Financial Management Certificate; and

**WHEREAS**, the Debtor has not sought an extension of the sixty day period; and

- 2 -

**WHEREAS**, in order to obtain information about how to file a Financial Management Certificate, the Debtor may contact the Pro Se Law Clerk, via telephone, between 9:00 a.m. and 3:00 p.m., Monday through Friday, at (347) 394-1738, or the Debtor may visit the Pro Se Law Clerk's office in person, in Room 1591 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201, between 9:00 a.m. and 12:00 p.m., and between 1:00 p.m. and 3:00 p.m., Monday through Friday;

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Debtor or the Debtor's counsel is directed to appear at a hearing before the Honorable Carla E. Craig, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on February 14, 2019 at 3:00 p.m. (the "Hearing") to show cause why the Court should not close the case without issuing a discharge to the Debtor; and it is further

**ORDERED**, that if the Debtor or the Debtor's counsel does not appear at the Hearing, the Court may conclude that the Debtor does not oppose the closing of this case without the discharge of the Debtor's debt; and it is further

**ORDERED**, that if the Debtor files the Financial Management Certificate before the Hearing, the Hearing will be marked off the calendar and no appearance by the Debtor or the Debtor's counsel is necessary.

**Dated: Brooklyn, New York**
**December 28, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**